

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00079-CV

**IN THE INTEREST OF N.S.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00190
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFRIMED.

SIGNED June 11, 2014.

_____
Rebcca C. Martinez, Justice